Douglas J. Serdahely
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, AK 99501
(907) 263-6300 Phone
(907) 263-6345 Fax

Attorneys for Defendant Exxon Shipping Company (D-2)

John F. Clough, III
P.O. Box 211187
Auke Bay, AK 99821
(907) 790-1912 Phone
(907) 790-1913 Fax

Attorneys for Defendant Exxon Mobil Corporation (D-1)

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| In re:<br>THE EXXON VALDEZ<br><br>THIS DOCUMENT RELATES TO<br>PLAINTIFFS COOK INLET PROCESSING, INC.,<br>NAUTILUS MARINE, INC.,<br>AND EXXON | Case No. 3:89-cv-00095-HRH |

**DEFENDANTS EXXON MOBIL CORPORATION (D-1) AND EXXON SHIPPING COMPANY'S (D-2)  MOTION IN LIMINE TO PRECLUDE EVIDENCE OF DAMAGES CAUSED BY SALMON PRICE DECLINES**

Defendants Exxon Mobil Corporation (D-1) and Exxon Shipping Company (D-2), by and through their undersigned counsel, hereby move this Court for an order precluding evidence of damages caused by salmon price declines.  The grounds for the motion are set forth in the Memorandum in Support appended hereto.

50348v1

Respectfully submitted this 16th day of August 2006.

By:   s/John F. Clough, III (consent)
John F. Clough, III
CLOUGH & ASSOCIATES, PC
P.O. Box 211187
Auke Bay, AK 99821
Phone: (907) 790-1912
Fax: (907) 790-1913
Email: cloughpc@alaska.net
Alaska Bar Association No. 8106011
Counsel for Exxon Mobil Corporation (D-1)

By:   s/Douglas J. Serdahely
Douglas J. Serdahely
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Phone: (907) 263-6310
Fax: (907) 263-6345
Email: dserdahely@pattonboggs.com
Alaska Bar No. 7210072
Counsel for Exxon Shipping Company (D-2)

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2006, I caused a true and correct copy of the foregoing document to be served on the following via:

☐ US Mail   ☐ Fax   ☑ **Electronically**

Phillip Paul Weidner, Esq.
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage, Alaska 99501

By:   /Maribel Webber
Legal Secretary/Assistant
PATTON BOGGS LLP

DEFENDANTS EXXON MOBIL CORPORATION (D-1) AND EXXON SHIPPING COMPANY'S(D-2)
MOTION IN LIMINE TO PRECLUDE EVIDENCE OF DAMAGES CAUSED BY SALMON PRICE DECLINES
*IN RE THE EXXON VALDEZ*
CASE NO. 3:89-cv-00095-HRH
PAGE 2

50348v1