IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In re: )<br>THE EXXON VALDEZ )<br>_____ )<br>THIS DOCUMENT RELATES TO )<br>PLAINTIFFS COOK INLET PROCESSING, INC., )<br>NAUTILUS MARINE, INC., )<br>AND EXXON )<br>_____ ) | Case No. 3:89-cv-00095-HRH |

**[PROPOSED] ORDER GRANTING EXXON'S MOTION IN LIMINE TO PRECLUDE EVIDENCE OF DAMAGES CAUSED BY SALMON PRICE DECLINES**

The Court, having considered Exxon's Motion In Limine To Preclude Evidence Of Damages Caused By Salmon Price Declines, any opposition thereto, and being duly informed in the premises hereby **GRANTS** Exxon's Motion.

**IT IS SO ORDERED** this _____day of _____ 2006.

_____
Hon. H. Russel Holland
United States District Judge

50342v1

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2006, I caused a true and correct copy of the foregoing document to be served on the following via:

☐ US Mail   ☐ Fax   ☑ **Hand-Delivery & Electronically**

    Phillip Paul Weidner, Esq.
    Phillip Paul Weidner & Associates
    330 L Street, Suite 200
    Anchorage, Alaska  99501

By:   /Maribel Webber
      Legal Secretary/Assistant
      PATTON BOGGS LLP

[PROPOSED] ORDER GRANTING EXXON'S MOTION FOR ORDER PRECLUDING
EVIDENCE OF DAMAGES CAUSED BY SALMON PRICE DECLINES
*IN RE THE EXXON VALDEZ*
CASE  NO. 3:89-cv-00095-HRH
PAGE 2
50342v1