IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
In re                                 )
                                      )
the EXXON VALDEZ                      )
_____)
                                      )
This Document Relates to:             )     No. 3: 89-cv-0095-HRH
                                      )
COOK INLET PROCESSING, INC.,          )
NAUTILUS MARINE, INC., and            )
EXXON                                 )
_____)
```

O R D E R

Substitution of Counsel

Attorneys Bruce E. Gagnon and Neil T. O'Donnell and the law firm of Atkinson, Conway & Gagnon are hereby substituted for the law firm of Weidner & Associates as attorneys for Plaintiff Nautilus Marine, Inc., in the above-captioned case.

DATED at Anchorage, Alaska, this <u>4th</u> day of January, 2007.

<u>/s/ H. Russel Holland</u><br>
United States District Judge

- 1 -