CHARLES W. COE
810 W 2nd Avenue
Anchorage, Alaska 99501
ABA No. 7804002
(907) 276-6173
(907) 279-1884
charlielaw@gci.net

*Counsel for Nautilus Marine Enterprises, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

In re:

the EXXON VALDEZ

_____

This Document Relates to

NAUTILUS MARINE ENTERPRISES, M. THOMAS WATERER, and the EXXON DEFENDANTS'

Case No. 3:89-cv-00095-HRH

**NOTICE OF SECOND AMENDED ATTORNEY FEE LIEN**

COMES NOW, Charles W. Coe, who hereby gives notice of his amended attorney fee lien plus costs in the above case pursuant to AS 34.35.430.

The total lien, including interest, per the parties agreement is $407,522.78 plus $5,893.74 in costs that were advanced by counsel but not reimbursed. The

total lien is $407,522.78, against any settlement proceeds, judgments and any recovery by or amounts payable to Nautilus Marine Enterprises, Inc., in respect to claims asserted by them, and any judgment entered against Exxon Mobil Corporation or Exxon Shipping Company, in this action. The lien is for attorney's fees, compensation for attorney's fees, and costs incurred in connection with the claims asserted in this action.

DATED this 18th day of July, 2017.

By: /s/Charles W. Coe
Counsel for
Nautilus Marine Enterprises, Inc.
810 W. 2nd Avenue
Anchorage, Alaska 99501
Phone: (907) 276-6173
Email: charlielaw@gci.net
ABA No. 7804002

CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2018, a true and correct copy of the foregoing document was served by the Court's Electronic Case Management system upon all persons registered to receive filings in this matter.

By: s/Charles W. Coe
LAW OFFICE OF CHARLES W. COE

CHARLES W. COE
ATTORNEY AT LAW
810 W. 2ND AVENUE
ANCHORAGE, ALASKA 99501
(907) 276-6173

NOTICE OF SECOND AMENDED ATTORNEY FEE LIEN
IN RE: THE EXXON VALDEZ
CASE NO 3:89-CV-00095-HRH

Page 2 of 2

Case 3:89-cv-00095-HRH   Document 9868   Filed 07/18/18   Page 2 of 2